IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA - COLUMBUS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-41100 |
| GERALDINE GUERRA WATSON AKA GERALDINE MARYLEE BUSSEY AKA GERALDINE MARYLEE PATRON, | CHAPTER: 13 |
| | JUDGE: HONORABLE JOHN T. LANEY III |
| Debtor. | |

OBJECTION TO CONFIRMATION OF PLAN

COMES NOW Deutsche Bank National Trust Company, as Trustee for CDC Mortgage Capital Trust 2002-HE1, Mortgage Pass-Through Certificates, Series 2002-HE1

, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 1024 Illges Rd., Columbus, GA 31906, and for the reasons stated below, objects to confirmation of the Plan:

Creditor anticipates filing a pre-petition arrearage claim in the approximate amount of $11,876.09, more particularly described in the proof of claim once filed. The plan calls for an estimated pre-petition arrearage amount of $10,000.00. Plan does not provide the monthly arrears payment amount in the claim. Debtor has underestimated the amount of the arrearage due to the Creditor, and for this reason, Creditor objects.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/
Andrew Houston McCullen,
Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: amccullen@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA - COLUMBUS DIVISION

| | |
|---|---|
| IN RE: | Case No. 17-41100 |
| GERALDINE GUERRA WATSON AKA GERALDINE MARYLEE BUSSEY AKA GERALDINE MARYLEE PATRON, | Chapter 13 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the December 19, 2017, I served a copy of OBJECTION TO CONFIRMATION OF PLAN which was filed in this bankruptcy matter on the December 19, 2017, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

America A. Cross

Kristin Hurst

**The following parties have been served via U.S. First Class Mail**:

Geraldine Guerra Watson
1024 Illges Road
Columbus, GA 31906

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: December 19, 2017

Signature: /s/Kewanna D. Vergara
Printed Name: KEWANNA D. VERGARA
Address:  Aldridge Pite, LLP
          Fifteen Piedmont Center
          3575 Piedmont Road, N.E., Suite 500
          Atlanta, GA 30305
Phone:    (858) 750-7600
Fax:      (619) 590-1385